ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COURT FILED
MAY 16 2019
S.D. OF N.Y.

United States of America,
      Plaintiff,

vs.

John Lambert, also known as Eric Pope,

      Defendant

Docket No. 2:19-MJ-3608 (2019)

**MOTION OF GARY A. PETERS FOR ADMISSION *PRO HAC VICE***

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Gary A. Peters hereby moves this Court for an Order for admission to practice *Pro Hac Vice* and to appear as counsel for John Lambert in the above-captioned action.

  I am in good standing of the bars of the states of Michigan, Illinois and Iowa and the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. In compliance with Local Rule 1.3(c) of the U.S. District Court of the Southern District of New York, I attach my Certificate of Good Standing from the Supreme Court of the State of Michigan which was issued within the past thirty days. I also attach the required affidavit pursuant to Local Rule 1.3.

Dated: May 9, 2019

Respectfully Submitted,

Gary A. Peters

Applicant Signature: _____

Firm Name:   Howard & Howard Attorneys PLLC
Address:    450 W. 4th Street
City/State/Zip:  Royal Oak, MI 48067
Telephone/Fax:  248-723-0490/248-645-1568
Email:     gap@h2law.com

4837-9588-5205, v. 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America,

                      Plaintiff,

Vs.                                     Docket No. 2:19-MJ-~~113~~ (2019)
                                                                   3608

John Lambert, also known as Eric Pope,

                      Defendant

### AFFIDAVIT PURSUANT TO LOCAL RULE 1.3 IN SUPPORT OF APPLICANT'S MOTION FOR ADMISSION *PRO HAC VICE*

GARY A. PETERS, being first duly sworn, deposes and state as follows:

1.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2.    I have never been convicted of a felony.

3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.    There are no disciplinary proceedings presently pending against me in any State or Federal Court.

5.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case.

Dated: *May 9, 2019*

Respectfully Submitted,

*[signature]*
Gary A. Peters

Subscribed and sworn to before me
This 9th day of May, 2019.

*[signature]*
Notary Public:
Notary Public, State of Michigan, County of Oakland
My Commission Expires: MARCH 3, 2020

PENELOPE CALCATERRA
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Mar 3, 2020
ACTING IN COUNTY OF OAKLAND

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

### Gary A. Peters

was admitted to the practice of law in the courts of the State of Michigan on

### July 3, 1990

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: May 03, 2019

_____
Clerk



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,
                Plaintiff,

Vs.

John Lambert, also known as Eric Pope,

                Defendant

Docket No. 2:19-MJ-3608 (2019)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of GARY A. PETERS for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Michigan, Illinois and Iowa and the Commonwealth of Pennsylvania, and that his contact information is as follows:

    Applicant's Name: Gary A. Peters

    Firm Name: Howard & Howard Attorneys PLLC

    Address: 450 W. 4th Street

    City/State/Zip: Royal Oak, MI 48067

    Telephone/Fax: 248-723-0490 / 248-645-1568

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for John Lambert in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 5/16/2019

_____
United States Magistrate Judge

4834-8209-8837, v. 1

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br><br>John Lambert,<br>*Defendant.* | Case No. 2:19-MJ-~~FB~~ 3608 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____John Lambert_____

Dated: May ____, 2019

_____
*Attorney's signature*

Gary A. Peters          Michigan-P43594
*Printed name and bar number*

450 West 4th Street, Royal Oak, MI 48067
*Address*

gap@h2law.com
*E-mail address*

248-723-0490
*Telephone number*

248-645-1483
*FAX number*

4837-9787-5349, v. 1

**HOWARD & HOWARD ATTORNEYS.**
450 W. FOURTH STREET
ROYAL OAK, MI 48067-2557

CHECK NO.   17080

| VOUCHER | INVOICE # | DATE | INVOICE AMT | COMMENT | G/L ACCT | G/L AMOUNT |
|---|---|---|---|---|---|---|
| 343635 | John Lambert | 04-25-2019 | 200.00 | for Pro Hoc Admission in US v Lambert in SDNY | 562000000020 | |

| VENDOR ID: 21876 | NAME: Clerk of the Court - SDNY | 04/25/19 | TOTAL CHECK | 200.00 |

---

**HOWARD & HOWARD ATTORNEYS**
ROYAL OAK ACCOUNT
450 W. FOURTH STREET
ROYAL OAK, MI 48067-2557
(248) 645-1483

BMO Harris Bank N.A.
111 W. Monroe Street, 5E
Chicago, IL 60603

CHECK NO.   **17080**
CHECK DATE   04-25-2019

CHECK AMOUNT
$************200.00
VOID AFTER 90 DAYS

PAY   TWO HUNDRED AND 00/100 DOLLARS

TO THE
ORDER
OF   Clerk of the Court - SDNY

*Christopher Lamb* (signature)

⑈17080⑈   ⑆071000288⑆   278575611⑈

# Howard & Howard

law for business®

| Ann Arbor | Chicago | Detroit | Las Vegas | Los Angeles | Peoria |

Direct dial: 248.723.0490        Gary A. Peters        email: gap@h2law.com

Also admitted to practice in Illinois,
Iowa and Pennsylvania

May 9, 2019

**UPS Overnight AM Delivery**

**United States Magistrate Office**
Daniel Patrick Moynihan
United States Courthouse
Room 520
500 Pearl St.
New York, NY 10007-1312

     Re:     **Pro Hac Vice Motion, Affidavit, Order and Appearance for Gary A. Peters**
               **US v. Lambert, Case # 2:19-MJ-~~113~~ 3608 (2019)**

Dear Magistrate's Office:

     Enclosed is my *Pro Hac Vice* Motion, Affidavit per Local Rule 1.3 and Order along with an original Certificate of Good standing from the Michigan Supreme Court related to my appearance in the above-referenced matter. I also enclose a check in the amount of $200 made payable to "Clerk of Court - SDNY" as payment for filing this Motion. I also enclose a copy of the Appearance that will be filed once my Motion is granted.

     Please let me know if you need anything further to process my motion.

                                        Sincerely,

                                   HOWARD & HOWARD ATTORNEYS PLLC

                                        Gary A. Peters

GAP/kah

Enclosure

cc: AUSA Benjamin Schrier (via email)

```
Court Name: District Court
Division: 1
Receipt Number: 465401236301
Cashier ID: Ccortes
Transaction Date: 05/24/2019
Payer Name: HOWARD AND HOWARD ATTORNEYS
----------------------------------
PRO HOC VICE
 For: GARY A PETERS
 Case/Party: D-NYS-1-19-CF-072390-000
 Amount:       $200.00
----------------------------------
CHECK
 Check/Money Order Num: 7080
 Amt Tendered:  $200.00
----------------------------------
Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:        $0.00
```