# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, *Plaintiff* | ) ) |
| v. | ) Case No. 2:19-MJ-3608 |
| | ) ) |
| John Lambert, *Defendant.* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted *pro hac vice* to practice in this court on behalf of this defendant in this case, and I appear in this case as counsel for:

    John Lambert

Dated: May 31, 2019

*Attorney's signature*

Gary A. Peters    Michigan-P43594
*Printed name and bar number*

450 West 4th Street, Royal Oak, MI 48067
*Address*

gap@h2law.com
*E-mail address*

248-723-0490
*Telephone number*

248-645-1483
*FAX number*

4837-9787-5349, v. 1

# Howard & Howard
### law for business·

| Ann Arbor | Chicago | Detroit | Las Vegas | Los Angeles | Peoria |
|---|---|---|---|---|---|

Direct dial: 248.723.0490      Gary A. Peters      email: gap@h2law.com

Also admitted to practice in Illinois,
Iowa and Pennsylvania

May 31, 2019

UPS Delivery on Monday, 6/3/19

**United States Magistrate Office**
Daniel Patrick Moynihan
United States Courthouse
Room 520
500 Pearl St.
New York, NY 10007-1312

    **Re:**      **Appearance of Gary A. Peters**
                  **US v. Lambert, Case # 2:19-MJ-3608 (2019)**

Dear Magistrate's Office:

     Enclosed is my Appearance on behalf of Defendant, John Lambert, in the above-referenced case.

     Please let me know if you need anything further to process my motion.

                                      Sincerely,

                              HOWARD & HOWARD ATTORNEYS PLLC

                                      Gary A. Peters

GAP/kah

Enclosure

cc: AUSA Benjamin Schrier (via email)

4813-5650-6773, v. 1

www.howardandhoward.com
450 West Fourth Street, Royal Oak, MI 48067-2557      tel 248.645.1483   fax 248.645.1568